AO 91 (Rev. 11/11)  Criminal Complaint

FILED

DEC  1 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL TRUMAN<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  2:23mj 248

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 20, 2023_____ in the county of _____Norfolk_____ in the

_____Eastern_____ District of __Virginia, and elsewhere__ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 113(a)(3) | Assault |

This criminal complaint is based on these facts:
see attached affidavit of Special Agent Sean Danaher

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Anthony Mozzi

_____
*Complainant's signature*

Sean Danher, SA, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____12/01/2023_____

_____
*Judge's signature*

City and state:  _____Norfolk, Virginia_____

Hon. Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*