FILED
DEC 1 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| IN THE MATTER OF THE ISSUANCE OF A CRIMINAL COMPLAINT AND ARREST WARRANT RE:<br><br>MICHAEL TRUMAN | UNDER SEAL<br><br>Case No. 2:23-mj-248 |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean Danaher, being duly sworn, hereby depose and state:

Introduction and Agent Background

1. I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent since September 2021. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in 18 U.S.C. §§ 2251, *et. seq.* In the course of my duties, I am responsible for investigating crimes which include, but are not limited to, violent offenses in the special maritime jurisdiction of the United States. I have previously been involved in criminal investigations concerning violations of federal laws and, since joining the FBI, have received specialized training in maritime investigations.

2. This affidavit is made in support of an application for a criminal complaint charging MICHAEL TRUMAN with a violation of Title 18 U.S.C. § 113(a)(3) (Assault) and is based upon information that I have gained from my investigation, my training and experience, as

well as information gained from conversations with witnesses and security onboard the Carnival "Magic" Cruise ship. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint and the issuance of an arrest warrant for MICHAEL TRUMAN for the above-described criminal violation.

## Pertinent Federal Criminal Statutes

3.  18 U.S.C. § 113(a)(3) provides, in relevant part, that it is crime for any person, within the special maritime and territorial jurisdiction of the United States, to assault another individual with a dangerous weapon with intent to do bodily harm.

## PROBABLE CAUSE

4.  On Friday, October 20, 2023, the Carnival "Magic" cruise ship presented a theater show of the production "Flick." Several minutes into the show, multiple witnesses described hearing a loud sound, and then a woman screaming from the back of the theater.

5.  A female witness, the spouse of J.H.'s, stated, in relevant part and in sum and substance, that she and J.H. were seated on Deck 5 of the theater in a small area with barstools when an individual who she had not met before, later identified as MICHAEL TRUMAN, came over and sat on a barstool at the end of the bar near the entrance/exit. TRUMAN appeared to be intoxicated. J.H. asked TRUMAN to quiet down, but TRUMAN refused. After asking TRUMAN to be quiet a second time without success, J.H. tried to leave the area to find an employee to remove TRUMAN. As J.H. attempted to walk past TRUMAN to leave, TRUMAN picked up his drink glass and smashed it into J.H.'s face. TRUMAN then got on top of J.H. and began striking him.

2

6. As a result of the assault, J.H. suffered facial lacerations, which required approximately nineteen (19) stitches on his face and ear.

7. Ship security initiated an investigation and located TRUMAN inside of his cabin shortly after the alleged assault. When security entered the cabin, TRUMAN had removed his shirt and was holding a towel in his right hand, which was actively bleeding from a laceration. TRUMAN stated, in sum and substance and in relevant part, that he was "clapping a lot" at the show, and that an adult male who he did not know asked him to stop clapping so loud, and that he hit the other person after the other individual swung at him. When asked "with what" TRUMAN hit the other person, TRUMAN stated that he did not know. TRUMAN also stated that he did not know how he got the cut on his hand, claimed he had consumed three or four drinks of alcohol that day, and offered to stay in his room for the rest of the cruise. TRUMAN repeatedly claimed that he had been defending himself.

8. A broken old fashioned/lowball cocktail glass was found in the vicinity of the assault. (*See* Exhibit A).

9. During the timeframe of the assault, the cruise ship was located approximately 123 nautical miles offshore, with the closest landmass being Nantucket Island, Massachusetts. Both J.H. and TRUMAN are nationals of the United States. The cruise ship arrived at the Norfolk Cruise Terminal, which is within the Eastern District of Virginia, on October 22, 2023.

## CONCLUSION

10. Based on the information and evidence set forth above, I respectfully submit that there is probable cause to establish that on or about October 20, 2023 within the Eastern District of Virginia and elsewhere, MICHAEL TRUMAN violated 18 U.S.C. § 113(a)(3) (Assault).

11. Accordingly, I request that a complaint and arrest warrant be issued charging MICHAEL TRUMAN with such offense.

                                                                                             _____
                                                                                              Sean Danaher
                                                                                             Special Agent
                                                                                             Federal Bureau of Investigation
                                                                                             Norfolk, Virginia

Subscribed and sworn before me this 1st day of December, in the City of Norfolk, Virginia.

_____
UNITED STATES MAGISTRATE JUDGE

4

## ATTACHMENT A





5