
FILED
IN OPEN COURT

DEC 1 3 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:23cr 144 |
| v. | ) | |
| | ) | Assault with a Dangerous Weapon |
| MICHAEL LYNN TRUMAN, | ) | 18 U.S.C. § 113(a)(3) |
| | ) | (Count 1) |
| Defendant. | ) | |
| | ) | Assault Resulting in Serious Bodily Injury |
| | ) | 18 U.S.C. § 113(a)(6) |
| | ) | (Count 2) |

INDICTMENT

December 2023 TERM – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

GENERAL ALLEGATIONS

1. On or about October 20, 2023, during the relevant time period, MICHAEL LYNN TRUMAN was on a cruise ship located approximately 123 nautical miles offshore, with the closest landmass being Nantucket Island, Massachusetts. The cruise ship was on the high seas and outside the jurisdiction of any nation.

2. MICHAEL LYNN TRUMAN and J.H. are nationals of the United States.

3. The cruise ship arrived at the Norfolk Cruise Terminal, within the Eastern District of Virginia, on October 22, 2023.

4. MICHAEL LYNN TRUMAN's last known residence was within the Eastern District of Virginia.

## COUNT ONE

On or about October 20, 2023, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL LYNN TRUMAN, at a place within the special maritime and territorial jurisdiction of the United States, did assault another person, J.H., with a dangerous weapon, with intent to do bodily harm, by striking J.H. in the face with a drinking glass.

(In violation of Title 18, United States Code, Sections 113(a)(3) and 7(7).)

## COUNT TWO

On or about October 20, 2023, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL LYNN TRUMAN, at a place within the special maritime and territorial jurisdiction of the United States, did assault another person, J.H., by striking J.H. in the face with a drinking glass, resulting in serious bodily injury.

(In violation of Title 18, United States Code, Sections 113(a)(6) and 7(7).)

*United States v. Michael Lynn Truman*, Criminal No. 2:23cr144

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Anthony Mozzi
Assistant U.S. Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
Phone: (757) 441-6331
Fax:   (757) 441-6689
Email: anthony.mozzi@usdoj.gov