**Criminal Case Cover Sheet**                                    **U.S. District Court**

| **Place of Offense:** | | **Under Seal: Yes ☐ No ☒** | **Judge Assigned:** |
|---|---|---|---|
| City:  EDVA | Criminal Complaint: YES | | Criminal Number 2:23-cr- |
| County/Parish: | Same Defendant: YES | | **New Defendant:** |
| | Magistrate Judge Case Number: :  2:23-mj-00248-1 | | **Arraignment Date:** |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

**Defendant Information:**

| | | |
|---|---|---|
| Juvenile: Yes ☐   No ☒ | FBI# 978339CC1 | |
| Defendant Name:   Michael Lynn Truman | | Alias Name(s): |
| Address: | | |
| Birth Date:          SS#: | Sex: M | Race: W | Nationality: USA | Place of Birth: Texas |
| Height:   6'2"   Weight: 175 lbs.   Hair: BR | Eyes:  Grn | Scars/Tattoos: |
| Interpreter:  Yes ☐   No ☒   List Language and/or dialect:    English | | |

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐  Already in Federal Custody as of:   in: | | |
| ☐  Already in State Custody | ☒  On Pretrial Release | ☒  Not in Custody |
| ☒  Arrest Warrant Requested | ☐  Fugitive | ☐  Summons Requested |
| ☐  Arrest Warrant Pending | ☐  Detention Sought | ☐  Bond |

**Defense Counsel Information:**

| | |
|---|---|
| Name:    Emily Munn | ☐ Court Appointed |
| Address:   223 East City Hall Avenue Suite 330 Norfolk, VA. 23510 | |
| | ☒ Retained |
| Telephone: (757) 619-1060 | ☐ Public Defender |
| Fax: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| Email: emily@emilymunn.law | |
| | ☐ CJA attorney: _____  should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| | | |
|---|---|---|
| AUSA Anthony Mozzi | Telephone No.  757-441-6331 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

| |
|---|
| Special Agent  Sean Danaher  Federal Bureau of Investigation 509 Resource Row Chesapeake, Va. 23323  (757)609-2527 |

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 113 (a)(3) | Assault with a Dangerous Weapon | 1 | Felony |
| Set 2 | 18 U.S.C. § 113 (a)(6) | Assault Resulting in Serious Bodily Injury | 2 | Felony |